**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYNES CAPITAL LIFE SETTLEMENT WEALTH FUND 2021, LLC, | Case No.: 2:24-cv-01109-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| CAPSTONE CAPITAL MANAGEMENT, LLC, et al., | |
| Defendants | |

I ORDER that plaintiff Brynes Capital Life Settlement Wealth Fund 2021, LLC's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each member of plaintiff Brynes Capital Life Settlement Wealth Fund 2021, LLC as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 10, 2024.

DATED this 18th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE