Ben West (NV Bar No. 8306)
**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
3398 Carmel Mountain Rd. Ste. 250
San Diego, CA  92121
(858) 720-8080
dbw@chpllaw.com
leh@chpllaw.com

Paul Hejmanowski (NV Bar No. 94)
**PRH Law, LLC**
520 So. 4th St, Suite 360
Las Vegas, NV 89101
(702) 834-6166
paul@prhlawllc.com

Attorneys for Plaintiff Brynes Capital Life Settlement Wealth Fund 2021, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYNES CAPITAL LIFE SETTLEMENT WEALTH FUND 2021, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE CAPITAL MANAGEMENT, LLC, a South Dakota limited liability company; CAPSTONE CAPITAL SOUTH DAKOTA, LLC, a South Dakota limited liability company; MICHAEL BRADBURN, a natural person, ROBERT FAY, a natural person; JERRY LEWIS, a natural person; TYLER RANDOLPH, a natural person and CHRISTIAN STREIB, a natural person; and DOES 1-10.<br><br>Defendants. | Case No. 2:24-cv-01109-APG-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Please take notice that Plaintiff voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: June 28, 2024                          **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**


By: /s/ Ben West
    Ben West

Attorneys for Plaintiff Brynes Capital Life Settlement Wealth Fund 2021, LLC

1
NOTICE OF VOLUNTARY DISMISSAL